JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-848 AG (CWx) | Date | July 24, 2012 |
|---|---|---|---|
| Title | HAYDEE O. RASTEGAR v. WELLS FARGO BANK, N.A., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**      **[IN CHAMBERS] ORDER DISMISSING CASE**

On June 26, 2012, the Court granted Defendants' Motion to Dismiss with 14 days leave to amend. Plaintiff has not filed an amended complaint. Accordingly, the Court DISMISSES the case as to all Defendants.

                                                                      :    0

Initials of
Preparer                        lmb